FILED

2012 NOV 14  AM 8:30

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Criminal Case No. 99cr2399-N |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | ORDER AND JUDGMENT |
| ENRIQUE BRIZUELA-RODRIGUEZ, | ) | |
| Defendant. | ) | |

Upon application of the United States Attorney, and good cause appearing therefor,

IT IS HEREBY ORDERED that the indictment be dismissed and the arrest warrant be recalled in the above-captioned case.

DATED:   November 13, 2012.

_____
HONORABLE BARBARA L. MAJOR
United States Magistrate Judge